MR

# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**FILED**

Case Title: Bogart v. Thanasides et al    Case Number:

JUN 07 2024 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Susan Bogart, Law Offices of Susan Bogart

Attorney name (type or print): Susan Bogart

24cv4770
Judge Bucklo
Magistrate Judge Weisman
Randomly Assigned CAT 2

Firm: Law Offices of Susan Bogart

Street address: 111 W. Jackson Blvd., Ste. 1700

City/State/Zip: Chicago, IL 60604

Bar ID Number: 3121571
(See item 3 in instructions)

Telephone Number: 312-214-3271

Email Address: sbogart514@aol.com, sbogart@susanbogart.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 6, 2024

Attorney signature:   S/ Susan Bogart
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

```
ORIGIN ID:NCOA  (847) 853-1392         SHIP DATE: 06JUN24
SUSAN BOGART                           ACTWGT: 1.30 LB
BOGART, SUSAN, ATTORNEY AT LAW         CAD: 6571719/ROSA2530
16 QUOQUONSET LN

LITTLE COMPTON, RI 02837               BILL THIRD PARTY
UNITED STATES US

TO  CLERK OF THE COURT
    US DISTRICT COURT
    219 S DEARBORN ST
    20TH FLOOR
    NORTHERN DISTRICT COURT OF ILLINOIS
    CHICAGO IL 60604
    (000) 000-0000        REF:
INV:
PO:                       DEPT:
```



FedEx Express

FRI - 07 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 7767 3189 5335

XS CHIA                      60604
                         IL-US ORD



Align bottom of peel-and-stick