IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Susan Bogart ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> Paul Thanasides et al., ) </br> ) </br> Defendant. ) | Case No. 1:24-cv-04770 </br></br> Judge Elaine E. Bucklo |

**ORDER**

Plaintiff's motion to file under seal [4] is denied. My reading of the complaint does not reveal any obvious attorney client communications. If plaintiff disagrees, she has three days to withdraw her complaint and file a new complaint that does not include any concerning communications. The Clerk of Court is directed to unseal this case in its entirety, forthwith. Status hearing set for 7/2/2024 at 9:45 a.m. (to track the case only, no appearance is required).

ENTER:

_____
Judge Elaine E. Bucklo
United States District Court
Northern District of Illinois

Date: June 26, 2024